AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

PATRICK DEON SOLOMON, )
      Plaintiff, )
 )
v. )
 )
 ) **JUDGMENT IN A CIVIL CASE**
ALCOHOL TOBACCO AND FIREARMS, ) **CASE NO. 5:13-CV-145-D**
      Defendant. )

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Plaintiff's Application to Proceed *In Forma Pauperis* is ALLOWED and the Complaint is DISMISSED as frivolous. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 14, 2013**</u> WITH A COPY TO:

Patrick Deon Solomon, Pro Se (Via USPS to 5211 Evergreen Forest Way, Apt. 101, Raleigh, NC 27616)

<u>March 14, 2013</u>                                  JULIE A. RICHARDS, Clerk
Date                                                   Eastern District of North Carolina

                                                              /s/ Debby Sawyer
                                                              (By) Deputy Clerk

Raleigh, North Carolina